IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

United States of America,

      Plaintiff,

v.

Michael Jermaine Hambrick,

      Defendant.

COURT MINUTES - CRIMINAL
BEFORE: HILDY BOWBEER
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-mj-842 HB |
| Date: | November 16, 2021 |
| Video Conference | |
| Time Commenced: | 1:28 p.m. |
| Time Concluded: | 1:38 p.m. |
| Time in Court: | 10 minutes |

APPEARANCES:

 Plaintiff: Nathan Nelson, Assistant U.S. Attorney
 Defendant: Keala Ede, Assistant Federal Public Defender
  X FPD  X To be appointed

 X Advised of Rights

on   X Indictment
X Date charges or violation filed: 4/6/2021
X Current Offense: felon in possession in a firearm
X **Charges from other District:** Southern District of Iowa
X Title and Code of underlying offense from other District: 18:922(g)(1) 924(a)(2)
X Case no: 3:21-cr-45

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is November 18, 2021 at 2:00 p.m. via video conference before U.S. Magistrate Judge Jon T. Huseby for:
X Detention hrg

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                    s/ JAM
                Signature of Courtroom Deputy